**UNITED STATES COURT OF INTERNATIONAL TRADE**                    FORM 1

```
TREE ISLAND INDUSTRIES LTD.

                         Plaintiff,

        v.

UNITED STATES,
                         Defendant.
```

**S U M M O N S**

**Court No.** 25-00019

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| | |
|---|---|
| Port(s) of Entry: See Attached Schedule | Center (if known): |
| Protest Number: See Attached Schedule | Date Protest Filed: See Attached Schedule |
| Importer: TREE ISLAND INDUSTRIES LTD. | Date Protest Denied: See Attached Schedule |
| Category of Merchandise: Steel Wire | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See | Attached | Schedule | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Jason M. Kenner, Esq.
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue, Suite 2425
New York, NY 10017
212-549-0137 / jkenner@strtrade.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Steel Wire | 7217.20 HTSUS<br>7217.10 HTSUS<br>9903.80.01 HTSUS<br>9903.88.15 HTSUS | Free<br>Free<br>25%<br>7.5% | 7217.20 HTSUS | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Classification, origin, and duty assessed at liquidation

The issue which was common to all such denied protests:
Classification, origin, and duty assessed at liquidation

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jason M. Kenner
_____
*Signature of Plaintiff's Attorney*

1/15/2025
_____
*Date*

## Schedule of Protests

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 360422100481 | 7/18/2022 | 10/22/2024 | SCS61227270 | 6/9/2021 | 6/3/2022 | 3604 |
| 360422100481 | 7/18/2022 | 10/22/2024 | SCS62374949 | 6/17/2021 | 6/3/2022 | 3604 |
| 360422100481 | 7/18/2022 | 10/22/2024 | SCS64209044 | 6/26/2021 | 6/3/2022 | 3604 |
| 360422100481 | 7/18/2022 | 10/22/2024 | SCS84872631 | 10/28/2021 | 3/18/2022 | 3604 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS57243802 | 5/22/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS57477376 | 5/22/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS57959100 | 5/18/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS58000771 | 5/20/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS58228398 | 5/22/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS58660814 | 5/18/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS58911175 | 5/17/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS58917974 | 5/18/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS58976731 | 5/17/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS58983000 | 5/17/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59121352 | 5/19/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59124372 | 5/18/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59124380 | 5/22/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59126294 | 5/19/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59126302 | 5/19/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59126310 | 5/20/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59126708 | 5/20/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59126922 | 5/20/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59131971 | 5/18/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59132763 | 5/18/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59140717 | 5/18/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59141558 | 5/18/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59142705 | 5/18/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59167652 | 5/22/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59170920 | 5/18/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59173213 | 5/23/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59177040 | 5/18/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59360216 | 5/19/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59365553 | 5/20/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59376063 | 5/19/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59394793 | 5/20/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59401374 | 5/21/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59409518 | 5/19/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59411951 | 5/20/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59412934 | 5/22/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59415697 | 5/19/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59577231 | 5/22/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59581019 | 5/23/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59582082 | 5/22/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59584914 | 5/20/2021 | 7/14/2022 | 3403 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59585515 | 5/20/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59585663 | 5/20/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59612095 | 5/22/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59626566 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59627986 | 5/20/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59642241 | 5/21/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59656654 | 5/21/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59793200 | 5/23/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59794273 | 5/22/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59822835 | 5/23/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59829939 | 5/23/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59852642 | 5/21/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59857005 | 5/25/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS59868325 | 5/23/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60259118 | 5/25/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60259209 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60260272 | 5/25/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60266667 | 5/25/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60266923 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60267269 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60290774 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60294677 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60336262 | 5/25/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60344910 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60476209 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60481597 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60501279 | 5/27/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60503853 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60504042 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60504224 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60517804 | 5/27/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60520584 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60520758 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60524313 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60525633 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60526359 | 5/27/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60549732 | 5/27/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60553049 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60553726 | 5/27/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60555176 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60556406 | 5/27/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60563667 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60565001 | 5/26/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60722685 | 5/30/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60723360 | 5/27/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60734607 | 5/31/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60738855 | 5/30/2021 | 7/14/2022 | 3403 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60740323 | 5/31/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60934496 | 5/31/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60969393 | 5/30/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60970078 | 5/30/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60970466 | 5/30/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS60992064 | 5/30/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS61021913 | 5/31/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS61021970 | 5/31/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS61403004 | 6/1/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS61458610 | 6/1/2021 | 7/14/2022 | 3403 |
| 340322100552 | 8/2/2022 | 10/22/2024 | SCS61459584 | 6/1/2021 | 7/14/2022 | 3403 |